# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144985(6)

IN RE:

HONORABLE DEBORAH ROSS ADAMS
3RD JUDICIAL CIRCUIT COURT

SC: 144985
JTC: Formal Complaint 89

BEFORE THE JUDICIAL TENURE COMMISSION

_____

On order of the Chief Justice, the motion by respondent for extension of the time for filing her petition is considered and is granted in part only. Respondent's time is extended to February 18, 2013.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013 _____

_____
Clerk